# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 10-658-SLR |
| ) | |
| v. ) | |
| ) | DEMAND FOR JURY TRIAL |
| COXCOM, INC., ) | |
| COX COMMUNICATIONS, INC., ) | |
| ) | |
| and ) | |
| ) | |
| CABLE ONE, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL OF THE GEORGIA ACTION

On July 10, 2011, Defendants Cox and Cable One moved "for a stay of this action pending final resolution of *Arris Grp. v. British Telecomms. plc*, C.A. No. 1:09-cv-671," which was then pending in the Northern District of Georgia (the "Georgia Action"). (D.I. 53). BT opposed Defendants' motion, in part, on the grounds that BT was not subject to personal jurisdiction in Georgia and that the Georgia Action was subject to a then-pending motion to dismiss on those grounds. (D.I. 56).

On August 10, 2011, the Northern District of Georgia, agreeing with BT, issued a decision and final judgment, dismissing the Georgia Action for lack of personal jurisdiction over BT and closing the action. A copy of the Georgia court's decision is attached as Exhibit A, and a copy of the docket entry terminating the action is attached as Exhibit B.

In view of the Northern District of Georgia's dismissal of the Georgia Action, Plaintiff respectfully submits that Defendants' motion to stay this action should be dismissed as moot.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Daniel A. Boehnen
Grantland G. Drutchas
George I. Lee
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606
(312) 913-0001

Dated: August 11, 2011
1023697

By: /s/ *Philip A. Rovner*
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Plaintiff*
*British Telecommunications plc*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on August 11, 2011 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY CM-ECF AND E-MAIL**

Jack B. Blumenfeld, Esq.
Rodger D. Smith II, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
rsmith@mnat.com

Mary B. Graham, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
mgraham@mnat.com

I hereby certify that on August 11, 2011 I have sent by E-mail the foregoing document to the following non-registered participants:

Mitchell G. Stockwell, Esq.
Vaibhav P. Kadaba, Esq.
Wilson L. White, Esq.
Taylor H Ludlam, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4528
mstockwell@kilpatrickstockton.com
wkadaba@kilpatrickstockton.com
wwhite@kilpatrickstockton.com
taludlam@kilpatrickstockton.com

John M. DiMatteo, Esq.
Eugene L. Chang, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
jdimatteo@willkie.com
echang@willkie.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

978907