IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 10-658-SLR |
| ) | |
| COXCOM, INC., COX COMMUNICATIONS, ) | |
| INC. and CABLE ONE, INC., ) | |
| ) | |
| Defendants. ) | |

### ORDER

At Wilmington this 6th day of September, 2011, having reviewed plaintiff's motion for leave to amend the complaint and defendants' response thereto;

IT IS ORDERED that said motion (D.I. 43) is granted. Consistent with Fed. R. Civ. P. 15(a) and the Supreme Court's interpretation thereof in *Foman v. Davis*, 371 U.S. 178, 182 (1962), absent "undue delay, bad faith or dilatory motive on the part of [a] movant," the court should "freely give leave [to a party to amend its pleading] when justices so requires." In the case at bar, the motion for leave to amend was timely filed and the proposed amended claims involve technology similar to that at issue in the original complaint. I decline to make adjustments to the instant litigation based on the Georgia litigation, *Arris Group, Inc. v. British Telecommunications plc*, Civ. No. 09-671-CAP, given its procedural posture. I will consider further applications in this regard, however, once the framework of the Georgia litigation has been established and a case

management order entered.

                                                                                                                                               */s/ Sue L. Robinson*
                                                                          United States District Judge