IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRITISH TELECOMMUNICATIONS PLC, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 10-658-SLR |
| COXCOM, INC.; AND COX COMMUNICATIONS, INC., | ) ) ) ) | |
| Defendants. | ) | |
| COMCAST CABLE COMMUNICATIONS; AND COMCAST CORPORATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civ. No. 11-843-SLR |
| BRITISH TELECOMMUNICATIONS PLC, | ) ) ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 13th day of January 2014, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Cox's motion to strike the declarations of Dr. Lyon and Dr. Almeroth (D.I. 381) is granted.

2. The parties' competing motions for summary judgment regarding whether

Cox's use of Cisco products or combinations thereof is licensed (D.I. 314; D.I. 352) are granted in part and denied in part.

3. BT's motion to dismiss Cox's counterclaim for breach of contract (D.I. 343) is granted.

4. The parties' competing motions as to Cox's affirmative defense of patent exhaustion (D.I. 317; D.I. 349) are denied.

5. BT's motion for summary judgment regarding Cox's affirmative defense of estoppel (D.I. 340) is granted.

_____
United States District Judge