IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC,<br><br>Plaintiff,<br><br>v.<br><br>COXCOM, INC., COX COMMUNICATIONS, INC. and CABLE ONE, INC.,<br><br>Defendants. | C.A. No. 10-658 (SLR) |
| COMCAST CABLE COMMUNICATIONS, LLC and COMCAST CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>BRITISH TELECOMMUNICATIONS PLC,<br><br>Defendant. | C.A. No. 11-843 (SLR) |

### [~~PROPOSED~~] SLR ORDER

Having considered the parties' Joint Motion to Vacate Certain January 2014 Rulings (C.A. No. 10-658, D.I. 479; C.A. No. 11-843, D.I. 315) and determining that good reason exists to grant the Motion as set forth in the Motion, IT IS HEREBY ORDERED that the Court's Orders and Opinions issued on January 13, 2014 concerning, among other things, claim construction and summary judgment (C.A. No. 10-658, D.I. 459–462; C.A. No. 11-843, D.I. 270–273) are hereby vacated.

SO ORDERED this 7th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE

8062938