IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC,<br><br>Plaintiff,<br>v.<br><br>COXCOM, INC., COX COMMUNICATIONS, INC. and CABLE ONE, INC.,<br>Defendants. | C.A. No. 10-658 (SLR) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff/counterclaim defendant British Telecommunications plc and defendants/counterclaim plaintiffs CoxCom, Inc. and Cox Communications, Inc. hereby jointly move and stipulate that all claims and counterclaims between the parties be dismissed with prejudice, with the parties to bear their own costs and attorney fees.

POTTER ANDERSON & CORROON LLP   MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: /s/ Philip A. Rovner
  Philip A. Rovner (#3215)
  Hercules Plaza
  P.O. Box 951
  Wilmington, DE 19899-0951
  (302) 984-6000
  provner@potteranderson.com

By: /s/ Stephen J. Kraftschik
  Mary B. Graham (#2256)
  Stephen J. Kraftschik (#5623)
  1201 N. Market Street
  P.O. Box 1347
  Wilmington, DE 19899-1347
  (302) 658-9200
  mgraham@mnat.com
  skraftschik@mnat.com

OF COUNSEL

Daniel A. Boehnen
Grantland G. Drutchas
MCDONNELL BOEHNEN HULBERT &
BERGHOFF LLP
300 South Wacker Drive
Chicago, IL 60606
(312) 913-0001

*Attorneys for BRITISH
TELECOMMUNICATIONS PLC*

OF COUNSEL:

John M. DiMatteo
Eugene L. Chang
Marc E. Montgomery
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000

Mitchell G. Stockwell
Michael J. Turton
Vanessa M. Blake
Lindsay M. Hopkins
Richard W. Goldstucker
KILPATRICK TOWNSEND
& STOCKTON LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4528
(404) 815-6500

*Attorneys for COXCOM, INC.
and COX COMMUNICATIONS, INC.*


SO ORDERD THIS ___ day of March, 2014

_____
Sue L. Robinson
United States District Court