IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC,<br><br>             Plaintiff,<br>v.<br><br>COXCOM, INC., COX COMMUNICATIONS, INC. and CABLE ONE, INC.,<br>             Defendants. | C.A. No. 10-658 (SLR) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff/counterclaim defendant British Telecommunications plc and defendants/counterclaim plaintiffs CoxCom, Inc. and Cox Communications, Inc. hereby jointly move and stipulate that all claims and counterclaims between the parties be dismissed with prejudice, with the parties to bear their own costs and attorney fees.

POTTER ANDERSON & CORROON LLP        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    provner@potteranderson.com

By: /s/ Stephen J. Kraftschik
    Mary B. Graham (#2256)
    Stephen J. Kraftschik (#5623)
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347
    (302) 658-9200
    mgraham@mnat.com
    skraftschik@mnat.com

| | |
|---|---|
| OF COUNSEL | OF COUNSEL: |
| Daniel A. Boehnen<br>Grantland G. Drutchas<br>MCDONNELL BOEHNEN HULBERT &<br>BERGHOFF LLP<br>300 South Wacker Drive<br>Chicago, IL 60606<br>(312) 913-0001<br><br>*Attorneys for BRITISH*<br>*TELECOMMUNICATIONS PLC* | John M. DiMatteo<br>Eugene L. Chang<br>Marc E. Montgomery<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000<br><br>Mitchell G. Stockwell<br>Michael J. Turton<br>Vanessa M. Blake<br>Lindsay M. Hopkins<br>Richard W. Goldstucker<br>KILPATRICK TOWNSEND<br>& STOCKTON LLP<br>1100 Peachtree Street<br>Suite 2800<br>Atlanta, GA 30309-4528<br>(404) 815-6500<br><br>*Attorneys for COXCOM, INC.*<br>*and COX COMMUNICATIONS, INC.* |

SO ORDERD THIS ___ day of March, 2014

_____
Sue L. Robinson
United States District Court